No. 463.  STOVER ET AL. *v*. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *P. M. Barceloux* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for the United States.

No. 468.  CITY OF NEW YORK. *v*. BERNSTEIN ET AL. C. A. 2d Cir.  Certiorari denied.  *Leo A. Larkin, Seymour B. Quel* and *Joel L. Cohen* for petitioner.  *Solomon R. Agar* for respondents.

No. 469.  SIGUE *v*. TEXAS GAS TRANSMISSION CORP. Supreme Court of Louisiana.  Certiorari denied.  *J. Minos Simon* for petitioner.

No. 476.  MURPHY *v*. UNITED STATES.  Court of Claims.  Certiorari denied.  *Fred W. Shields* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for the United States.

No. 475.  WOLFF *v*. CALIFORNIA.  Motion to dispense with printing the petition granted.  Petition for a writ of certiorari to the District Court of Appeal of California, Second Appellate District, denied.

No. 59, Misc.  YOPPS *v*. MARYLAND.  Court of Appeals of Maryland.  Certiorari denied.  Petitioner *pro se*. *Thomas B. Finan*, Attorney General of Maryland, for respondent.

No. 125, Misc.  AVELLINO *v*. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Harold Dublirer* for petitioner.  *Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for the United States.